United States Federal District Court
Fort Worth Division
Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 13 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Oriyomi Aloba

Civil action
Jury trial Demanded

Yahoo Inc

This civil action complaint is bought against the defendant Yahoo Inc for intentionally participation in violation of plaintiff civil rights.

## Background

On november 15 2017, plaintiff was arrested at the alleged house of plaintiff, plaintiff properties and his person was further seized, held at Harris County Jail for 14 days and was later transported to los angeles County Jail, held for about another 39 days and was further rearrested by unknown Federal agency as a result of purported record produced by the plaintiff based on search warrant issued by the Superior Court of los angeles California. The Federal District Court of California further issued a search warrant on a DVD of LADA purported to have contained information or records that contained the defendant produced record.

On around July 2019 or before trial, the defendant further issued a letter of attestation to the LADA DVD. Plaintiff was convicted by the Federal District of California relaying on the state warrants and attestion of record produced by the defendants. On around March 2022 plaintiff conviction was further affirmed by the appeal court of California relaying on the search warrants and records produced by the defendant.

On around 2020 plaintiff reachout to defendant to voluntary dispute the production of record purported that the defendant had produced.

On around 2020 plaintiff declined communicating or responding to plaintiff and further state it will not do so without a subpoena and may further object to any subpoena.

~~Gro~~  Grounds

Plaintiff investigation reveal, that the defendant produced record of his entirety email accounts on a facially invalid warrants that lacks any means of authentication

Plaintiff alleged that the information Yahoo Inc produced is unlawful and with malicious intent because simply because of an allegation of test email, as documented in trial does warrant the production of the entirety of my email address.

as other than the 512 593 0102 phone number found in a conversation about 3 years prior before the alleged email test was sent to plaintiff email address does not constitute a ground for the defendant to produce provide the entirity of his entire email address content that contains thousands of personal records of his entire life.

Plaintiff issuance of authentication of record on a LHDA DVD does not comply with the Federal Rule of evidence 901 because the rule requires the custodian of record to satisfy certify records it has personally produced and has personal knowledge to. Whereass in the clien stage of the production of the DVD the affiant had claim to have personally copy the record produced by the defendant electronically and placed it on DVD that leaves the government the burden of certifying the the Rule 901 of Federal rule of evidence.

Even IF defendant respondant to re in open court denied haveen produced or had knowledge of such email warrants the defendant is still guelty of participation because after I had bought it to defendants, knowledge of the activities the defendant has knowledge that my account had been compromised in an unlawful manner that also threatens my constitutional right under 1st, 4th, 8th amendent constitute

delebrate act to maintain a false imprisonment by failing to take any legal process or conduct it own internal investigation to deter unlawfull violation of privacy right.

Prayer

I pray that this court order the defendant to come in open court a prove evidence of record produced to the authority including the attestation document produce to LADA DUD.

That the court award $100,000,000.00 damages against the defendant so as to deter unlawful aiding, obstruction of Justice and to abide by the laws and constitution of every citizen of the United States.

That the Court hold the defendant responsible for all cost of litigation that may arise as a result of this litigation.

That the court grant other available remedy deem necessary to plaintiff to satisfy the injuries rendered on defendant.

Respectfully Yours
Alaba Oriyomi

Certification of Mailing

I Certify under Penalty of Perjury that on this day 04-08-22, I mailed a copy of Civil right violation Complaint against Tattoos Inc by Placing a copy of this letter to the door of my Cell to Satisf the Federal Prison Rule.

Oriyomi Ehloba
04-08-2022

Federal Medical Center
Po box 15330
Fort worth, tx 76119

NORTH TEXAS TX P&DC
DALLAS TX 750
11 APR 2022 PM 9 L
04-08-22

RECEIVED
APR 13
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT TEXAS

Federal District Court
510 west 10th Street #310
Fort worth, tx 76102.

4:10 76102-364910