UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ORIYOMI ALOBA,**
aka **ORIYOMI SADIA ALOBA,**
aka **ORIYOMI SADIQ ALOBA,**[1]
**(BOP No. 75821-112),**

      Plaintiff**,**

v.                                           No. 4:22-cv-311-P

**YAHOO, INC.,**

      Defendant**.**

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED** as barred by the three strikes provision of 28 U.S.C. § 1915(g).

**SIGNED** this **22nd day** of **April, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] Aloba has filed numerous lawsuits under different spellings of his name. The clerk of Court should list these other names on the docket sheet.